```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16939
   DORIS WOODS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4657


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/20/2006 and was confirmed 04/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/10/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV  SECURED VEHIC   14404.00        691.72         4256.54
CHECK N GO              UNSECURED       NOT FILED          .00             .00
CITY OF CHICAGO PARKING UNSECURED         2240.00          .00             .00
CRED PROTECTION ASSOCIAT UNSECURED      NOT FILED          .00             .00
CRED PROTECTION ASSOCIAT NOTICE ONLY    NOT FILED          .00             .00
HELLER & FRISONE        UNSECURED       NOT FILED          .00             .00
ILLINOIS DEPT OF EMPLOYM UNSECURED        2761.00          .00             .00
PDL FINANCIAL SERVICES  UNSECURED       NOT FILED          .00             .00
MARQUETTE RADIOLOGY ASSO UNSECURED      NOT FILED          .00             .00
NATIONWIDE ACCEPTANCE CO UNSECURED         852.80          .00             .00
ORIZON PATHOLOGY FOUNDAT UNSECURED      NOT FILED          .00             .00
KOSMO FINANCIAL         UNSECURED          708.55          .00             .00
CASH STORE              UNSECURED       NOT FILED          .00             .00
COTTONWOOD FINANCIAL LTD UNSECURED         1613.15         .00             .00
INTERNAL REVENUE SERVICE PRIORITY         1459.63          .00             .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED          .00             .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED          .00             .00
FELDCO                  NOTICE ONLY     NOT FILED          .00             .00
CITY OF CHICAGO PARKING UNSECURED          898.86          .00             .00
LONG BEACH ACCEPTANCE   FILED LATE         3375.68         .00             .00
GLEASON & GLEASON LLC   DEBTOR ATTY       2,500.00                       319.99
TOM VAUGHN              TRUSTEE                                          359.15
DEBTOR REFUND           REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 5,627.40

PRIORITY                                            .00
SECURED                                        4,256.54

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16939 DORIS WOODS
```

```
     INTEREST                                              691.72
UNSECURED                                                     .00
ADMINISTRATIVE                                             319.99
TRUSTEE COMPENSATION                                       359.15
DEBTOR REFUND                                                 .00
                                    ----------------   ----------------
TOTALS                                     5,627.40           5,627.40
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 07/24/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                                     PAGE   2
          CASE NO. 06 B 16939 DORIS WOODS